**Geoffrey Robert LAWSON,**
**Plaintiff–Appellant,**

v.

**Bernard WARNER; et al., Defendants–**
**Appellees.**

**No. 15-35577**

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 04, 2016

Geoffrey Robert Lawson, AHCC—Airway Heights Corrections Center, Airway Heights, WA, for Plaintiff-Appellant

Marta DeLeon, Assistant Attorney General, John C. Dittman, Assistant Attorney General, Olympia, WA, for Defendants-Appellees

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Geoffrey Robert Lawson, a Washington state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Hebbe v. Pliler*, 627 F.3d 338, 341 (9th Cir. 2010) (dismissal under Fed. R. Civ. P. 12(b)(6); *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000) (dismissal under 28

U.S.C. § 1915A); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)(b)(ii)). We affirm.

The district court properly dismissed Lawson's access-to-courts claim because Lawson failed to allege that he suffered an actual injury. *See Lewis v. Casey*, 518 U.S. 343, 349–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (an access-to-courts claim requires plaintiff to show that defendants' conduct caused actual injury to a non-frivolous legal claim).

Although the proposed second amended complaint was timely filed under the prison mailbox rule, the allegations in that complaint do not cure the deficiencies in Lawson's access-to-courts claim. *See id.*

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.